IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JACKIE CARTER,

    Plaintiff,

v.

Ms. SICKENGER (Sgt.); Mr. BRINKMAN (C.O.);
C.O. Mr. CAIRO; C.O. Mr. J. PEAK; C.O. Mr.
SCULLION; C.O. Ms. PELKY;
Nurse Ms. JOLINDA WATERMAN; Nurse Ms.
MARIAN HARTMAN; Nurse Ms. MAURA
MCNAMEE; Nurse Mr. DARREN FOSTER; Health
Manager Ms. MARY MILLER; Doctor Mr. BURTON
COX, JR.; Complaint Examiner Ms. CHRISTINE
BEERKIRCHER; Complaint
Examiner Ms. ELLEN K. RAY; Complaint Examiner
Mrs. KELLEY TRUMM; Warden's Wife Mrs.
JUDITH HUIBREGTSE; Warden Mr. PETER
HUIBREGTSE; Security Director Ms. MONICA
HORNER; Assistant Warden Mr. BOUGHTON; and
Director of W.D.O.C. Mr. RICK RAEMISCH,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-427-bbc

This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendants dismissing this case without prejudice for plaintiff's failure to prosecute.

_____
Peter Oppeneer, Clerk of Court

10/16/09
Date