IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JACKIE CARTER,

      Plaintiff,                                    JUDGMENT IN A CIVIL CASE

v.                                                              09-cv-427-wmc

PETER HUIBREGSTE, GARY BOUGHTON,
MONICA HORNER, JUDITH HUIBREGTSE,
CHRISTINE BEERKIRCHER, ELLEN RAY,
KELLY TRUMM, SGT. SICKENGER,
C.O. SCULLION and RICK RAEMISCH,

      Defendants.

---

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants:

(1) denying leave to proceed and dismissing plaintiff's claims against Judith Huibregtse for failure to state a claim upon which relief may be granted; and

(2) granting defendants Peter Huibregtse, Gary Boughton, Monica Horner, Christine Beerkircher, Ellen Ray, Kelly Trumm, Sgt. Sickenger, C.O. Scullion and Rick Raemisch's motion for summary judgment and dismissing this case for plaintiff's failure to exhaust his administrative remedies.

      *Peter Oppeneer*                                    8/28/12

      Peter Oppeneer, Clerk of Court                     Date